Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
|  | ) |
|  | ) Case No.: 8:06-bk-10618-RK |
| DEAN SPENCER | ) |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| KAREN SPENCER | ) **(Bankruptcy Rule 3010)** |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301099** in the sum of **$   5.69** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    SUNRISE SERVICE BUREAU
    PO BOX 610
    LAKE HAVASU CITY, AZ #REF!

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0610618 | DEAN & KAREN SPENCER ACCT: 337678 | Claim: 00029 | XXX-XX-6208 XXX-XX-5763 | 5.69 | 0.00 | 5.69 |
| | | TOTALS | | 5.69 | 0.00 | 5.69 |

```
DEAN SPENCER
KAREN SPENCER
BALANCE:               [0.00  33/00029]
SSN: XXX-XX-6208    SSN: XXX-XX-5763
ACCT: 337678                CASE: 0610618
PRINCIPAL:        5.69   INTEREST:        0.00
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301099

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$5.69

**PAY** Five And 69 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301099⑈ ⑆061100790⑆ 000005751862⑈