Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court
Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
|  | ) |
|  | ) Case No.: 8:06-bk-10618-RK |
| DEAN SPENCER | ) |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| KAREN SPENCER | ) **(Bankruptcy Rule 3010)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301100** in the sum of **$ 12.25** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    FORBES ASSOC
    12674 HOOVER STREET
    GARDEN GROVE, CA #REF!

Date: September 19, 2011         /S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0610618 | DEAN & KAREN SPENCER ACCT: | Claim: 00017 | XXX-XX-6208 XXX-XX-5763 | 12.25 | 0.00 | 12.25 |
| | | TOTALS | | 12.25 | 0.00 | 12.25 |

DEAN SPENCER
KAREN SPENCER
BALANCE:              [0.00  33/00017]
SSN: XXX-XX-6208    SSN: XXX-XX-5763
ACCT:                     CASE: 0610618
PRINCIPAL:    12.25    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301100

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$12.25

PAY   Twelve And 25 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301100⑈  ⑆061100790⑆ 0000057518 6 2⑈